1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH P. MORVAN,

11            Petitioner,               No. 2:11-cv-02025-LKK-DAD P

12        vs.

13   MATTHEW CATE,

14            Respondent.              <u>ORDER</u>

15   _____/

16            Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On May 17, 2012, respondent filed a motion to dismiss.

18   Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part:  "Failure

19   of the responding party to file written opposition or to file a statement of no opposition may be

20   deemed a waiver of any opposition to the granting of the motion and may result in the imposition

21   of sanctions."

22            Good cause appearing, IT IS HEREBY ORDERED that within fourteen days of

23   the date of this order, petitioner shall file and serve an opposition to respondent's motion to

24   dismiss and shall show cause in writing why sanctions should not be imposed for the failure to

25   file a timely opposition.  In the alternative, if petitioner no longer wishes to proceed with this

26   /////

matter, he may file a request to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: July 18, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
morv2025.oppo

2