IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH P. MORVAN,

      Petitioner,               No. 2:11-cv-02025-LKK-DAD P

   vs.

MATTHEW CATE,

      Respondent.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 17, 2012, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."

        Good cause appearing, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall file and serve an opposition to respondent's motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file a timely opposition.  In the alternative, if petitioner no longer wishes to proceed with this

/////

1

1  matter, he may file a request to dismiss this action without prejudice pursuant to Rule 41(a) of
2  the Federal Rules of Civil Procedure.
3  DATED: July 18, 2012.

                          /s/ Dale A. Drozd
                          DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   morv2025.oppo